25 cv _____

FILED IN CLERKS OFFICE
2025 SEP -3 AM 11: 03
U.S. [DISTRICT COURT]

Smith vs Roger Williams Law School

Plaintiff and Defendant Information.

Plaintiff:
16 Johnson Ct Apt 2
Brockton, MA 02301

Hospitalized at Westborough Behavioral Health
300 Friberg Pkwy
Westborough, MA 01581 Adult JB west

Defendants
10 Metacom Ave
Bristol, RI 02470

dscv_____

Smith vs Roger Williams Law School

(Case out of the United States District Court for the District of Rhode Island (CURD))

(Case # 110-cv-110 and 11cv133)

To the Honorable Court,

Plantiff Jimmy Smith Brings this Action to this Court. Plantiff's claims were originally dismissed without Prejudce. Plantiff's claims are that Roger Williams Law School (RWU) did not honor their "Clinical Guarantee" due

to factors such as race. Plaintiff is not an attorney and this clinical guarantee would have been his chance to act as an attorney. Plaintiff originally brought this action in the D.R.I. and it was dismissed without prejudice. This is a breach of routing action. Since then, Defendants have also refused to take and process several honor board complaints that Plaintiff has made.